# Court of Appeals
# of the State of Georgia

ATLANTA, April 28, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1631. GARY D. JAMES v. CMC REAL ESTATE GROUP LLC, et al.

After appellant Gary James failed to file his brief and enumerations of error within the time provided by Court of Appeals Rule 23(a), this Court ordered James to file his brief and enumeration of errors no later than 4:30 P.M. on April 27, 2026. We cautioned that his failure to file by that time "shall result in dismissal of the appeal." James has failed to timely comply with this Court's order and this appeal is hereby DISMISSED. See *Tolbert v. Tolbert*, 234 Ga. 708 (217 SE2d 162) (1975).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/28/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*